# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TEXAS (BEAUMONT)

In re:  Sycamore Glen Holdings, LLC  
Debtor

Case # 11-10422  
Chapter 7

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO
## F.R.B.P. RULE 3001 (E) (1)

*Transferor:*  
Georgene E. Smith  
2451 Cimarrone Blvd  
St. Johns, FL 32259  
Phone 904-287-5030

*Transferee:*  
JM Partners LLC  
ATTN: John Marshall / Mng Mbr  
6800 Paragon Place   Suite 202  
Richmond, VA 23230-1656  
Phone: 804-285-0807

*The claim in the amount of* **$ 74,435.00** *against the Debtor has been transferred.*

No action is required if you do not object to the Transfer of the claim. However, IF YOU OBJECT TO THE TRANSFER OF THE CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- FILE A WRITTEN OBJECTION TO THE TRANSFER with:

    USBC Eastern District of Texas  
    ATTN: Clerk  
    300 Willow Street  
    Beaumont, TX 77701

- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE

If you filed an objection, a hearing will be scheduled. If your objection is not timely filed, then the Transferee will be substituted as the Claimant.

_Georgene E. Smith_  
Georgene E. Smith  
**For: Transferor**

John J. Marshall / Managing Member  
JM Partners LLC / Transferee

FOR CLERKS OFFICE USE ONLY:

This notice was mailed to the first party by first class postage prepaid mail on:_____

Copy: (check) Claims Agent _____    Transferee _____    Debtor's Attorney _____

Clerk

B10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT Eastern District of Texas | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Sycamore Glen Holdings, LLC | Case Number: 11-10422 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>Georgene E. Smith | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br>Georgene E. Smith<br>2451 Cimarrone Blvd.<br>Saint Johns, FL 32259-2184<br><br>Telephone number: 904 287-5030 | Court Claim Number: _____<br>(If known)<br><br>Filed on: _____ |
| Name and address where payment should be sent (if different from above):<br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |
| 1. Amount of Claim as of Date Case Filed: $74,435.00<br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete Item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☑ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | 5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.<br><br>Specify the priority of the claim.<br><br>☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| 2. Basis for Claim: MONEY LOANED<br>(See instruction #2 on reverse side.)<br>3. Last four digits of any number by which creditor identifies debtor: _____<br>3a. Debtor may have scheduled account as: PENSCO TRUST<br>(See instruction #3a on reverse side.) | ☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4). |
| 4. Secured Claim (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other<br>Describe:<br><br>Value of Property: $_____  Annual Interest Rate ___%<br><br>Amount of arrearage and other charges as of time case filed included in secured claim,<br>if any: $_____  Basis for perfection: _____<br><br>Amount of Secured Claim: $_____  Amount Unsecured: $_____ | ☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).<br><br>☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).<br><br>☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).<br><br>☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__). |
| 6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim. | Amount entitled to priority:<br>$_____ |
| 7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | *Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |
| Date: 8-25-11  Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.  *Georgene E. Smith* | FOR COURT USE ONLY |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

FILED U.S. BANKRUPTCY COURT EASTERN DISTRICT OF TEXAS  AUG 29 2011  BY CLERK U.S. BANKRUPTCY COURT DEPUTY A.M. / P.M.

013578                                            32507013591022

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS (BEAUMONT)

In re:  **Sycamore Glen Holdings, LLC**          Case # **11-10422**
Debtor                                            Chapter **7**

## AFFIDAVIT AND IDENTIFICATION OF CREDITOR / SELLER'S AUTHORIZED REPRESENTATIVE

I, **Georgene E. Smith, acting in my individual capacity** ("Creditor" or "Seller"), am the Authorized Representative for the Creditor, and declare as follows:

1) Seller is the original filer of a claim in this case which is noted on the clerk's register of claims. Evidence of these facts is included herewith.

2) Creditor has knowingly and consciously decided to sell and assign any and all interest in such Claim to **JM Partners LLC**. Creditor hereby grants all interest in such claim and any funds that might ultimately be generated by same to **JM Partners LLC,** and agrees to provide any further court required supporting evidence, or execute any other required forms that confirm this fact and/or are necessary for the full transfer of such interest.

3) Creditor has not previously sold their Claim or rights to same to any other party, and is still the owner of the claim, is entitled to payment, and is selling all such rights and entitlement solely to **JM Partners LLC**.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

**Georgene E. Smith**
Name of Creditor

*Georgene E. Smith* (signed)

Last 4 Digits of SS # 8156
Current Telephone # 904.287.5030

Sworn to and Subscribed before me on this ____4____ day of __Dec__, 2013

State of __FL__

City/County of __St Johns__

NOTARY PUBLIC

J BADGER
Notary Public - State of Florida
My Comm. Expires Aug 14, 2016
Commission # EE 121428
Bonded Through National Notary Assn.

The Secretary of State of the United States of America hereby requests all whom it may concern to permit the citizen/national of the United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection.

Le Secrétaire d'État des États-Unis d'Amérique prie par les présentes toutes autorités compétentes de laisser passer le citoyen ou ressortissant des États-Unis titulaire du présent passeport, sans délai ni difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.

El Secretario de Estado de los Estados Unidos de América por el presente solicita a las autoridades competentes permitir al pasa del ciudadano o nacional de los Estados Unidos aquí nombrado, sin demora ni dificultades, y en caso de necesidad, prestarle toda la ayuda y protección lícitas.

*Georgene E. Smith*

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE/FIRMA DEL TITULAR

NOT VALID UNTIL SIGNED

PASSPORT / PASSEPORT / PASAPORTE

Type / Type / Tipo  Code / Code / Código  Passport No. / No. du Passeport / No. de Pasaporte
P  USA  213646852

Surname / Nom / Apellidos
SMITH

Given names / Prénoms / Nombres
GEORGENE ELISE

Nationality / Nationalité / Nacionalidad
UNITED STATES OF AMERICA

Date of birth / Date de naissance / Fecha de nacimiento
19 May 1942

Sex / Sexe / Sexo  Place of birth / Lieu de naissance / Lugar de nacimiento
F  MASSACHUSETTS, U.S.A.

Date of issue / Date de délivrance / Fecha de expedición  Authority / Autorité / Autoridad
17 May 2005  United States

Date of expiration / Date d'expiration / Fecha de caducidad  Department of State
16 May 2015

Amendments / Modifications / Enmiendas
See Page 24

P<USASMITH<<GEORGENE<ELISE<<<<<<<<<<<<<<<<<<<<
2136468523USA4205191F1505166<<<<<<<<<<<<<<<02

# JM Partners LLC
## 6800 Paragon Place   Suite 202
## Richmond, VA  23230-1656

Phone   804-285-0807
Fax     804-285-0939

Email jmarshall@jmpartnersllc.com

December 8, 2013

USBC Eastern District of Texas
ATTN: Clerk
300 Willow Street
Beaumont, TX 77701

    **RE:**    **JMP File # 74388e SYCAMORE**

Gentlemen –

    Please find enclosed a Notice of Transfer of Claim – **along with the $25.00 filing fee for same** - relating to:

| | |
|---|---|
| **Case Number** | **11-10422** |
| **Debtor** | **Sycamore Glen** |
| **Creditor / Claimant** | **JM Partners LLC as Assignee of Georgene E. Smith** |
| **Amount** | **$ 74,435.00** |

    With respect to Notice of this action: *I hereby certify that a true and correct copy of the Notice of Transfer of Claim was provided on the date first referenced above,* via postage prepaid first class US Mail to the following parties of interest:

*Transferor:*
**Georgene E. Smith**
**2451 Cimarrone Blvd**
**St. Johns, FL 32259**

*Trustee:*
**Stephen J. Zayler, Trustee**
**123 E. Lufkin Avenue**
**PO Box 150743**
**Lufkin, TX 75915-0743**

Very truly yours,

John J. Marshall
Managing Member