# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
§
SYCAMORE GLEN HOLDINGS, LLC § Case No. 11-10422 BP1
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Stephen J. Zayler_____
                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1 - EXHIBIT A**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 11-10422 | BP1 | Judge: BILL PARKER | Trustee Name: | Stephen J. Zayler |
| Case Name: | SYCAMORE GLEN HOLDINGS, LLC | | | Date Filed (f) or Converted (c): | 07/19/11 (f) |
| | | | | 341(a) Meeting Date: | 08/19/11 |
| For Period Ending: | 10/01/13 | | | Claims Bar Date: | 11/10/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 91% working interest and 64% net royalty interest in T.S. Reed Salt Water Disposal Well, located in the S.W. corner, Wm. Manuell Survey, Abstract 933, Hartburg 4 No. 1 Well, H.T. & B.R.R. Survey A-190 located on 40 acres, more or less, and Hartburg Nos. 1, 2 & 3 wells locaated on 80 acres in Section 19, H.T. & B.R.R. Survey, Abstract 190, Cert. No. 473, Patent No. 399, all in Newton County, Texas See amended schedules filed 11/7/12. | Unknown | 0.00 | | 0.00 | FA |
| 2. Checking Account Wells Fargo, 900 Main St. Pleasanton, CA 94566 Account # 7005 | 52.02 | 52.00 | | 0.00 | FA |
| 3. Reserve held by Graward Operating, 227 South College, Tyler TX 75702 | 46,000.00 | 46,000.00 | | 0.00 | FA |
| 4. Well equipment Newton County, TX | 65,000.00 | 65,000.00 | | 0.00 | FA |
| 5. 92% working interest and 64% net royalty (u) interest in T.S. Reed Salt Water Disposal Well, located in the S.W. corner, Wm. Manuell Survey, Abstract 933, Hartburg 4 No. 1 Well, H.T. & B.R.R. Survey A-190 located on 40 acres, more or less, and Hartburg Nos. 1, 2 & 3 wells locaated on 80 acres in Section 19, H.T. & B.R.R. Survey, Abstract 190, Cert. No. 473, Patent No. 399, all in Newton County, Texas Pursuant to amended schedule filed 11/7/12 | Unknown | 0.00 | | 75,000.00 | FA |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)    $111,052.02    $111,052.00    $75,000.00    $0.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1- EXHIBIT A**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit A

| | | |
|---|---|---|
| Case No: | 11-10422    BP1    Judge: BILL PARKER | Trustee Name: Stephen J. Zayler |
| Case Name: | SYCAMORE GLEN HOLDINGS, LLC | Date Filed (f) or Converted (c): 07/19/11 (f) |
| | | 341(a) Meeting Date: 08/19/11 |
| | | Claims Bar Date: 11/10/11 |

Initial Projected Date of Final Report (TFR): 12/02/14     Current Projected Date of Final Report (TFR): 12/02/14

/s/    Stephen J. Zayler
_____ Date: 10/03/13
STEPHEN J. ZAYLER

FORM 2 - EXHIBIT B
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 11-10422 BP1 | | Trustee Name: | Stephen J. Zayler |
| Case Name: | SYCAMORE GLEN HOLDINGS, LLC | | Bank Name: | FIRST NATIONAL BANK OF VINITA |
| | | | Account Number / CD #: | *******1583 Checking - Non Interest |
| Taxpayer ID No: | *******8608 | | | |
| For Period Ending: | 10/01/13 | | Blanket Bond (per case limit): | $ 300,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 04/22/13 | | Transfer from Acct #*******0422 | Bank Funds Transfer | 65,000.00 | | 65,000.00 |
| 05/07/13 | 5 | DOMINION RESERVES, LLC | Pmt. No. 9, Purchase of Interest | 5,000.00 | | 70,000.00 |
| | | P. O. BOX 53008 | | | | |
| | | MIDLAND, TX 79710 | | | | |
| 05/07/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | | 26.71 | 69,973.29 |
| 06/05/13 | 5 | DOMINION RESERVES, LLC | Final Payment - Working Interest | 5,000.00 | | 74,973.29 |
| | | P. O. Box 53008 | | | | |
| | | Midland, TX 79710 | | | | |
| 06/07/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | | 73.09 | 74,900.20 |
| 07/08/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | | 76.11 | 74,824.09 |
| 08/07/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | | 79.45 | 74,744.64 |
| 09/09/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | | 79.37 | 74,665.27 |
| 09/24/13 | 010001 | WILLIAM G. WEST, CPA | ACCOUNTANT FEES & EXPENSES | | 4,209.89 | 70,455.38 |
| | | 12345 JONES ROAD, STE. 120 | Per Order 09/23/13 | | | |
| | | HOUSTON, TX 77070 | | | | |

| | COLUMN TOTALS | 75,000.00 | 4,544.62 | 70,455.38 |
|---|---|---|---|---|
| | Less: Bank Transfers/CD's | 65,000.00 | 0.00 | |
| | Subtotal | 10,000.00 | 4,544.62 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 10,000.00 | 4,544.62 | |

Page Subtotals 75,000.00 4,544.62

FORM 2 - EXHIBIT B

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 11-10422  BP1 | |
| Case Name: | SYCAMORE GLEN HOLDINGS, LLC | |
| Taxpayer ID No: | *******8608 | |
| For Period Ending: | 10/01/13 | |

| | | |
|---|---|---|
| Trustee Name: | Stephen J. Zayler | |
| Bank Name: | UNKNOWN BANK | |
| Account Number / CD #: | *******0422  Blanket | |
| Blanket Bond (per case limit): | $ 300,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 12/16/11 | 5 | Dominion Reserves LLC | 1/2 of sale funds for purchase of well. Funds being held in escrow pending determination of interest in well. | 25,000.00 | | 25,000.00 |
| * 12/31/11 | | Integrity Bank<br>4040 Washington Ave.<br>Houston, TX 77007 | Bank Service Fee | | 15.61 | 24,984.39 |
| * 02/13/12 | | Reverses Adjustment OUT on 12/31/11 | Reverse Bank Service Fee | | -15.61 | 25,000.00 |
| 09/04/12 | 5 | Dominion Reserves, LLC | Payment 1 - purchase of assignments. | 5,000.00 | | 30,000.00 |
| 10/10/12 | 5 | Dominion Reserves, LLC | Payment 2 - purchase of assignments. | 5,000.00 | | 35,000.00 |
| 11/02/12 | 5 | Dominion Reserves, LLC | Payment No. 3 - purchase of assignments. | 5,000.00 | | 40,000.00 |
| 12/07/12 | 5 | Dominion Reserves, LLC | Payment No. 4 - purchase of assignments. | 5,000.00 | | 45,000.00 |
| 01/07/13 | 5 | Domion Reserves, LLC | Payment No. 5 - purchase of assignments | 5,000.00 | | 50,000.00 |
| 02/08/13 | 5 | Dominion Reserves, LLC | Payment No. 6 - purchase of assignments. | 5,000.00 | | 55,000.00 |
| 03/04/13 | 5 | Dominion Reserves, LLC | Payment No. 7 - purchase of assignments. | 5,000.00 | | 60,000.00 |
| 04/03/13 | 5 | Dominion Reserves, LLC | Payment No. 8 - purchase of assignments. | 5,000.00 | | 65,000.00 |
| 04/22/13 | | Transfer to Acct #*******1583 | Bank Funds Transfer | | 65,000.00 | 0.00 |

Page Subtotals       65,000.00       65,000.00

FORM 2 - EXHIBIT B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

| | |
|---|---|
| Case No: | 11-10422    BP1 |
| Case Name: | SYCAMORE GLEN HOLDINGS, LLC |
| Taxpayer ID No: | *******8608 |
| For Period Ending: | 10/01/13 |

| | |
|---|---|
| Trustee Name: | Stephen J. Zayler |
| Bank Name: | UNKNOWN BANK |
| Account Number / CD #: | *******0422  Blanket |
| Blanket Bond (per case limit): | $   300,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | 65,000.00 | 65,000.00 | 0.00 |
| | | | Less:  Bank Transfers/CD's | 0.00 | 65,000.00 | |
| | | | Subtotal | 65,000.00 | 0.00 | |
| | | | Less:  Payments to Debtors | | 0.00 | |
| | | | Net | 65,000.00 | 0.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking - Non Interest - ********1583 | 10,000.00 | 4,544.62 | 70,455.38 |
| Blanket - ********0422 | 65,000.00 | 0.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 75,000.00 | 4,544.62 | 70,455.38 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: October 03, 2013 |

Case Number: 11-10422  
Debtor Name: SYCAMORE GLEN HOLDINGS, LLC  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 025 TAF | Ross, Banks, May, Cron & Cavin, P.C.<br>2 Riverway, Suite 700<br>Houston, TX 77056 | Administrative | | $18,070.81 | $0.00 | $18,070.81 |
| 025 OT7 | DANIEL J. GOLDBERG, TRUSTEE<br>Ross, Banks, May, Cron & Cavin, P.C.<br>2 Riverway, Suite 700<br>Houston, TX 77056 | Administrative | | $342.00 | $0.00 | $342.00 |
| 025 OT7 | DANIEL J. GOLDBERG, TRUSTEE<br>Ross, Banks, May, Cron & Cavin, P.C.<br>2 Riverway, Suite 700<br>Houston, TX 77056 | Administrative | | $6,250.00 | $0.00 | $6,250.00 |
| 025 AF | WILLIAM G. WEST, CPA<br>12345 JONES ROAD, STE. 120<br>HOUSTON, TX 77070 | Administrative | | $4,209.89 | $4,209.89 | $0.00 |
| 025 CLK | UNITED STATES BANKRUPTCY COURT<br>300 WILLOW, STE. 112<br>BEAUMONT, TX 77701 | Administrative | | $293.00 | $0.00 | $293.00 |
| 025 TF | STEPHEN J. ZAYLER<br>P. O. BOX 150743<br>LUFKIN, TX 75915 | Administrative | | $750.00 | $0.00 | $750.00 |
| 025 TE | STEPHEN J. ZAYLER<br>P. O. BOX 150743<br>LUFKIN, TX 75915 | Administrative | | $243.95 | $0.00 | $243.95 |
| 5-1 061 PTL | Franchise Tax Board<br>Bankruptcy Section MS A340<br>Franchise Tax Board<br>P,O. Box 2952<br>Sacramento, CA 95812-2952 | Priority | | $4,492.56 | $0.00 | $4,492.56 |
| 1 070 UC | R.K.E. Companies<br>22861 Tindaya<br>Mission Viejo, CA 92692 | Unsecured | | $87,484.00 | $0.00 | $87,484.00 |
| 2 070 UC | Khalda Development<br>22861 Tindaya<br>Mission Viejo, CA 92692 | Unsecured | | $940,220.00 | $0.00 | $940,220.00 |
| 3 070 UC | Graward Operating<br>227 South College<br>Tyler, TX 75702 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 4 070 UC | Georgene E. Smith<br>2451 Cimarrone Blvd.<br>Saint Johns, FL 32259 | Unsecured | | $74,435.00 | $0.00 | $74,435.00 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: October 03, 2013 |

Case Number:   11-10422  
Debtor Name:   SYCAMORE GLEN HOLDINGS, LLC

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5-2<br>070<br>UC | Franchise Tax Board<br>Banruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA  958122952 | Unsecured | | $1,025.69 | $0.00 | $1,025.69 |
| | Case Totals: | | | $1,137,816.90 | $4,209.89 | $1,133,607.01 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-10422 BP1
Case Name: SYCAMORE GLEN HOLDINGS, LLC
Trustee Name: Stephen J. Zayler

Balance on hand                                                                 $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Stephen J. Zayler | $ | $ | $ |
| Trustee Expenses: Stephen J. Zayler | $ | $ | $ |
| Attorney for Trustee Fees: Ross, Banks, May, Cron & Cavin, P.C. | $ | $ | $ |
| Attorney for Trustee Expenses: Ross, Banks, May, Cron & Cavin, P.C. | $ | $ | $ |
| Accountant for Trustee Fees: WILLIAM G. WEST, CPA | $ | $ | $ |
| Charges: UNITED STATES BANKRUPTCY COURT | $ | $ | $ |
| Other: DANIEL J. GOLDBERG, TRUSTEE | $ | $ | $ |
| Other: DANIEL J. GOLDBERG, TRUSTEE | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses                  $_____

Remaining Balance                                                             $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $           must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5-1 | Franchise Tax Board Bankruptcy Section MS A340 Franchise Tax Board P,O. Box 2952 Sacramento, CA 95812-2952 | $ | $ | $ |

Total to be paid to priority creditors                                                      $_____

Remaining Balance                                                                             $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | R.K.E. Companies 22861 Tindaya Mission Viejo, CA 92692 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Khalda Development<br>22861 Tindaya<br>Mission Viejo, CA  92692 | $ | $ | $ |
| 4 | Georgene E. Smith<br>2451 Cimarrone Blvd.<br>Saint Johns, FL  32259 | $ | $ | $ |
| 5-2 | Franchise Tax Board<br>Banruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA  958122952 | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE